PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 28 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

U.S.A. vs. Vicente J. Ramos      Docket No. 2:10CR00083-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Vicente J. Ramos who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 17th day of September 2010 under the following conditions:

**Special Condition #21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Vicente Ramos is considered in violation of his conditions of pretrial release by using marijuana (THC) on or about February 8 and February 17, 2011.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/28/2011

by   s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/28/11

Date