PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 18 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

U.S.A. vs.        Vicente J. Ramos        Docket No.        2:10CR00083-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Vicente J. Ramos who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, Washington, on the 17th day of September 2010 under the following conditions:

**Special Condition #21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Special Condition #29**: Defendant shall participate in one or more of the following home confinement programs(s): **Electronic Monitoring**. The Defendant shall participate in a program of electronically monitored home confinement. **Home Detention.** Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case related matters; court ordered obligations; or other activities as pre-approved by the Pretrial Services or supervising officer as well as: religious services or medical, substance abuse or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #2:** Vicente J. Ramos is considered in violation of his conditions of pretrial release by using marijuana (THC) on or about February 28, 2011, and methamphetamine on or about April 6, 2011.

**Violation #3**: Vicente J. Ramos is considered in violation of his conditions of pretrial release as he deviated from his approved location monitoring schedule by going to Walmart on April 14, 2011, without the approval of a United States Probation Officer.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/15/2011

by    s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] ~~The Issuance of a Summons~~
[ ] Other

*Consolidate to address issues on 4/21/11*

_____
Signature of Judicial Officer
Edward F. Shea

April 15, 2011
_____
Date