PROB 12C
(7/93)

Report Date: June 24, 2013

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 4 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vicente J. Ramos          Case Number: 2:10CR00083-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 4/21/2011

Original Offense:      Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 18 Months          Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Aine Ahmed              Date Supervision Commenced: 6/6/2012

Defense Attorney:      Roger Peven             Date Supervision Expires: 6/5/2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Numbers | Nature of Noncompliance |
|---|---|
| 1, 2, 3 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On June 13, 2013, Vicente Ramos violated conditions of his supervised release in Spokane, Washington, by providing a urine specimen which showed presumptive positive for THC metabolites.

On June 10, 2013, the offender failed to appear to provide a urine sample pursuant to phased urinalysis program.

On June 11, 2013, the offender failed to appear to provide a urine sample pursuant to phased urinalysis program. The undersigned officer established contact by telephone and instructed the offender to appear at ADEPT for phase urinalysis testing.

On June 13, 2013, the offender was instructed to appear in the United States Probation Office to address noncompliant issues. The offender appeared in the office and stated that he had failed to provide a urine specimen, as directed on June 11, 2013. He admitted to consuming marijuana on or about May 25, 2013. Vicente Ramos signed an admission of drug use form.

Prob12C
**Re: Ramos, Vicente J.**
**June 24, 2013**
**Page 2**

| Violation Numbers | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

        **Supporting Evidence**: Vicente Ramos violated conditions of his supervised release in Spokane, Washington, by failing to appear for substance abuse counseling on June 21 and 22, 2013. During the above-referenced in-office meeting to address the offender's noncompliant behavior, he was directed to participate in a re-assessment for substance abuse counseling at ADEPT. At that time, Mr. Ramos acknowledged that he understood the requirement to participate in treatment as ordered by the Court. On June 21 and 22, 2013, the undersigned officer confirmed that the offender failed to appear and/or call ADEPT relative to substance abuse counseling.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/24/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

June 24, 2013
Date