PROB 12C
(7/93)

Report Date: July 18, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 19 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vicente J. Ramos                Case Number: 2:10CR00083-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 4/21/2011

Original Offense:     Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 18 Months            Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Aine Ahmed                   Date Supervision Commenced: 6/6/2012

Defense Attorney:     Roger Peven                  Date Supervision Expires: 6/5/2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On July 15, 2013, Vicente Ramos violated the conditions of his supervised release in Spokane, Washington, by providing a urine specimen that showed presumptive positive for THC metabolites. |
| | On July 11, 2013, the offender was instructed to appear in the U.S. Probation Office following release from custody, and to provide a urine specimen. The offender appeared in the office as directed on Monday, July 15, 2013, and provided the above-referenced specimen. Initially, he denied use since his last positive sample submitted on June 13, 2013. Upon further discussion, the offender admitted to consuming marijuana on or about June 25, 2013. Vicente Ramos signed an admission of drug use form. |

Prob12C
Re: **Ramos, Vicente J.**
July 18, 2013
Page 2

| | |
|---|---|
| Violation Number | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. |
| 2 | **Supporting Evidence**: Vicente Ramos violated conditions of his supervised release in Spokane, Washington, by failing to maintain employment while under supervision since June 19, 2013. |
| | On July 17, 2013, collateral contact with the owner of the S & B Mart, Andy Toor, confirmed the offender's employment status. Mr. Toor verified that Vicente Ramos was hired on March 13, 2013, and his last known day of work occurred on May 17, 2013. Mr. Toor stated that the offender provided a host of excuses as to why he was unable to appear for work during his tenure. Consequently, Vicente Ramos was fired from his job on June 19, 2013. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/18/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

7/19/13
Date