PROB 12C
(7/93)

Report Date: December 18, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 19 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vicente J. Ramos    Case Number: 2:10CR00083-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 21, 2011

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison 18 months    Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Aine Ahmed    Date Supervision Commenced: June 6, 2012

Defense Attorney:    Andrea George    Date Supervision Expires: June 5, 2015

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: On December 12, 2013, Vicente Ramos violated the conditions of his supervised release in Spokane, Washington, by providing a urine specimen that showed presumptive positive for THC metabolites. The specimen was sent to the laboratory for further analysis. On December 18, 2013, the laboratory results were confirmed positive for THC metabolites.

Prob12C
Re: Ramos, Vicente J.
December 18, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 18, 2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Edward F. Shea
Signature of Judicial Officer

12/19/13
Date