PROB 12C
(7/93)

Report Date: January 23, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vicente J. Ramos          Case Number: 2:10CR00083-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 21, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: June 6, 2012 |
| Defense Attorney: | Andrea George | Date Supervision Expires: June 5, 2015 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/18/2013.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Vicente Ramos violated the conditions of his supervised release in Spokane, Washington, on January 21, 2014, by failing to appear for urinalysis testing at Adept Treatment Center as directed. |
| 3 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On December 18, 2013, and January 22, 2014, Vicente Ramos violated the conditions of his supervised release in Spokane, Washington, by failing to attend his scheduled treatment sessions at Adept Treatment Center. |

Prob12C
**Re: Ramos, Vicente J.**
**January 23, 2014**
**Page 2**

The United States Probation Officer respectfully recommends that the Court incorporate the referenced allegation with the previously reported violation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/23/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[xx]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

February 6, 2014

Date